IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CHARLES STREET                                                    PLAINTIFF

VERSUS                                 CIVIL ACTION NO.5:11-cv-19-DCB-RHW

UNITED STATES OF AMERICA, et al.                                 DEFENDANTS

ORDER

This matter is before the Court on Plaintiff's letter motion for preliminary injunction [6] filed on March 9, 2011.  Having reviewed the letter motion [6] as well as the record, this Court finds that the letter motion [6] will be denied for the following reason.

A Final Judgment [5] was entered on March 7, 2011, dismissing the instant civil action.  As such, this Court is without jurisdictional basis to consider the merits of Plaintiff's letter motion [6].  See United States v. Early, 27 F.3d 140, 142 (5th Cir. 1994) (holding that a motion filed in a closed case is to be considered "a meaningless, unauthorized motion").  Therefore, there is no jurisdictional basis for Plaintiff filing the instant letter motion [6] and as such, it is denied.  See Id. Accordingly, it is

ORDERED AND ADJUDGED that the letter motion [6] is **denied.**

SO ORDERED AND ADJUDGED this the 5th day of April, 2011.

s/David Bramlette
UNITED STATES DISTRICT JUDGE